# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GLENN HELTON,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. 2:08-CV-1383-CRD<br><br><br>ORDER FOR REMAND |

The COURT, upon review of the record herein, and noting the stipulation of the parties, does hereby ORDER:

The above-captioned case is reversed and remanded to the Commissioner of Social Security (Commissioner) for further administrative proceedings under sentence four of 42 U.S.C. Section 405(g).

On remand, the Appeals Council will direct an Administrative Law Judge (ALJ) to properly consider, address and give great weight to the Veterans Administration (VA) rating or provide persuasive, specific, valid reasons for the rejection of said opinion. If warranted, the ALJ

Page 1     ORDER - [2:08-CV-1383-CRD]

will be directed to reassess the claimant's residual functional capacity with vocational expert testimony, as needed.

Reasonable attorney fees shall be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412

DATED this 20th day of January, 2009.

_____
Carolyn R. Dimmick
United States District Judge

Presentd by:

s/ TERRYE E. SHEA,   WSB # 27609
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2143
Fax:      206-615-2531
terrye.shea@ssa.gov

Page 2      ORDER - [2:08-CV-1383-CRD]